**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| BRUNGARD, SHARON R | ) | |
| | ) | CASE NO. 07-08717 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

      At:   U.S. BANKRUPTCY COURT
              Kane County Courthouse
              100 S. 3rd Street, Room 140
              Geneva, IL  60134

      on:  **February 21, 2008**
      at:  **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                                $ 47,423.69

    b. Disbursements                                 $ 0.00

    c. Net Cash Available for Distribution         $ 47,423.69

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ 5,492.37 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $ 259.52 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $45,531.48, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $91.52%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Target National Bank | $ 1,841.17 | $ 1,685.09 |
| 2 | Chase Bank USA | $ 2,361.23 | $ 2,161.07 |
| 3 | Chase Bank USA | $ 3,839.76 | $ 3,514.27 |
| 4 | Chase Bank USA | $ 11,418.81 | $ 10,450.84 |
| 5 | Chase Bank USA,N.A. | $ 2,662.59 | $ 2,436.88 |
| 6 | LVNV Funding LLC its successors and assigns as | $ 22,879.40 | $ 20,939.93 |
| 7 | Household Bank (SB), N.A.(Bon Ton) | $ 528.52 | $ 483.72 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Real Estate (40 White Oak Circle, St. Charles, IL) - $200,000.00; Cash - $198.00; Checking Account (Harris Bank) - $380.70; Checking Account (Valley Comm. Bank) – $1,077.46; Savings Account (Valley Comm. Bank) - $122.76; Household Goods – $350.00; Wearing Apparel - $300.00; Fur Coat - $400.00; IRA (Value Line Mutual Funds) - $17,022.55; IRA (Wachovia Securities) - $4,181.47; 100% Ownership in Electrolysis Connection, Inc. - $500.00; 2002 Toyota Camry - $7,600.00.

The Trustee seeks abandonment of said assets because they are subject to Debtor's

      valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated: **January 18, 2008**       For the Court,

                               By: **KENNETH S. GARDNER**
                                     Kenneth S. Gardner
                                     Clerk of the United States Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

8717   Doc 37   Filed 01/18/08   Entered 01/28/08 17:09:53   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7              Page 1 of 1              Date Rcvd: Jan 18, 2008
Case: 07-08717                  Form ID: pdf002          Total Served: 24

The following entities were served by first class mail on Jan 20, 2008.
db         +Sharon R Brungard,    40 White Oak Circle,    St Charles, IL 60174-4165
aty        +Arthur P Sanderman,    1935 S Plum Grove Rd  #120,    Palatine, IL 60067-7258
tr         +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11362037    Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
11362038    Carson Pirie Scott,    P.O. Box 15521,    Wil;imington, DE 19850-5521
11362039    Chase,   P.O. Box 15299,    Wilmington, DE 19850-5299
11599232    Chase Bank USA,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11614234   +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas, Tx 75374-0933
11362040    Chase Card Cervices,    P.O. Box 15298,    Wilmington, DE 19850-5298
11362041    Chase Home Finance,    P.O. Box 9001871,    Louisville, KY 40290-1871
11362042    Citi,    P.O. Box 142319,    Irving, TX 75014-2319
11362043   +Citibank,    P.O. Box 6000,    The Lakes, NV 89163-0001
11362044   +Citibank (South Dakota), N.A.,    701 E. 60th St. N.,    Sioux Falls, SD 57104-0493
11362045   +GE Money Bank,    Attn: Bankruptcy Dept.,    P.O. Box 103106,    Roswell, GA 30076-9106
11362047   +HSBC Retail Services,    P.O. Box 5244,    Carol Stream, IL 60197-5244
11362046    Harris Bank, NA,    P.O. Box 6201,    Carol Stream, IL 60197-6201
11734960   +Household Bank (SB), N.A.(Bon Ton),    eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
11362048   +Kohl's,    P.O. Box 359,    Milwaukee, WI 53201-0359
11362049   +LTD Financial Services,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2053
11362050   +Michael D. Fine,    131 S. Dearborn St.,    5th Floor,    Chicago, IL 60603-5517
11362051    Target National Bank,    P.O. Box 1581,    Minneapolis, MN 55440-1581
11588686    Target National Bank,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11362052   +The Oaks of St. Charles Townhomes,    Condominium Association,    87 White Oak Circle,
             St. Charles, IL 60174-4164

The following entities were served by electronic transmission on Jan 19, 2008.
11695875      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2008**                         **Signature:** *Joseph Speetjens*